UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-06118-FLA (SP) | Date | September 21, 2022 |
|---|---|---|---|
| Title | JAMES VEST v. CSP-LAC | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s):   Attorneys Present for Defendant(s):

None Appearing                                    None Appearing

**Proceedings:**   (In Chambers) Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute

On July 16, 2019, plaintiff James Vest, a California state prisoner proceeding pro se and in forma pauperis, filed a Complaint in this court under 42 U.S.C. § 1983. The court found the Complaint subject to dismissal with leave to amend.

On May 19, 2020, plaintiff filed a First Amended Complaint ("FAC"). Plaintiff asserts defendants failed to protect him from an assault by other inmates at California State Prison, Los Angeles County. On June 30, 2022, this court, having completed screening the FAC, found it too subject to dismissal and granted plaintiff leave to file a Second Amended Complaint by August 2, 2022. The court also instructed plaintiff he could notify the court by August 2, 2022 that he intended to stand on the complaint without amendment. More than a month having passed beyond this deadline, the court has not received a Second Amended Complaint or any other communication from plaintiff.

Accordingly, within **twenty-one (21)** days of the date of this Order, that is, by **October 12, 2022**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice. In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the enclosed Notice of Dismissal form by October 12, 2022.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-06118-FLA (SP) | Date | September 21, 2022 |
|---|---|---|---|
| Title | JAMES VEST v. CSP-LAC | | |

  If plaintiff files a Second Amended Complaint by **October 12, 2022**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it separately.