JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES VEST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CSP-LAC, et al.,<br><br>　　　　　Defendants. | Case No. 2:19-cv-06118-FLA (SP)<br><br>**JUDGMENT** |

　　Pursuant to the Memorandum and Order dismissing action for failure to prosecute,

　　IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed without prejudice.

Dated: March 29, 2023

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　United States District Judge